

SPERTUS
LANDES &
UMHOFER
LLP

1990 South Bundy Drive, Suite 705
Los Angeles, CA 90025
P 310.826.4700  F 310.826.4711

617 West 7th Street, Suite 200
Los Angeles, CA 90017
P 213.205.6520  F 213.205.6521

www.spertuslaw.com

December 5, 2019

**Via ECF and Email (OetkenNYSDChambers@nysd.uscourts.gov)**

The Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

   Re: <u>United States v. Dale Anthony Davidson</u>, S1 18 Cr. 519 (JPO)

Dear Judge Oetken:

   The defense respectfully requests an order extending the surrender date for Mr. Davidson from December 9, 2019 to February 10, 2020. The government does not oppose this request. The reason for the request is because Mr. Davidson's maternal grandmother, Donna Jones, was recently informed that her cancer has progressed to Stage IV and that she has approximately 60 days to live. This news has been devastating to Mr. Davidson. Mr. Davidson respectfully requests that the Court extend his surrender date by 60 days to allow him to spend time with his grandmother before she dies.

   Attached as Exhibit A are true and correct copies of redacted medical records for Mr. Davidson's grandmother, and attached as Exhibit B is a true and correct copy of the Judgment and Commitment Order entered in this case. Thank you for the Court's consideration.

Sincerely,

James W. Spertus
Counsel for Anthony Davidson

cc: Assistant United States Attorney Nathan Rehn (via ECF)

   SO ORDERED. Mr. Davidson surrender date is extended to 12:00 noon on February 10, 2020, and he shall surrender to the custody of the Bureau of Prisons at the designated facility where Mr. Davidson will server his sentence, or alternatively to the United States Marshal for the Southern District of New York in the absence of designation to a facility by the Bureau of Prisons.

J. PAUL OETKEN
United States District Judge

Dated: December 6, 2019